AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5 - 2 8 0 ___

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

MAY 0 9 2005
_____
(Date forms issued)

_Debra-Ann Wellman_
(Signature of Party or their Representative)

_DEBRA- ANN WELLMAN_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action