IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN (PRO SE), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-280 |
| | ) |
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorney for Defendant, The Dow Chemical Company.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ B____

Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: May 19, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF. A copy of such Entry of Appearance was mailed, First Class Mail, postage prepaid to the following person:

> Debra-Ann Wellman
> P.O. Box 4395
> Greenville
> New Castle, DE 19807

> YOUNG CONAWAY STARGATT & TAYLOR, LLP

> _/s/ B_____
> Barry M. Willoughby, Esquire (No. 1016)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391
> Telephone: (302) 571-6666
> Facsimile: (302) 576-3345
> Email: bwilloughby@ycst.com
> Attorneys for Defendant

Dated: May 19, 2005