IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN (PRO SE) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-278 |
| | ) | |
| DUPONT DOW ELASTOMERS LLC, | ) | |
| (trading as: DUPONT HIGH | ) | |
| PERFORMANCE ELASTOMERS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as attorneys for Defendant,

DuPont Dow Elastomers LLC.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Teresa A. Cheek*

Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: May 11, 2005

WP3:1111483 1                                                              051952 1010

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF. A copy of such Entry of Appearance was mailed, First Class Mail, postage prepaid to the following person:

Debra-Ann Wellman
P.O. Box 4395
Greenville
New Castle, DE 19807

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Teresa Cheek_
Teresa Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Email: bwilloughby@ycst.com
Attorneys for Defendant

Dated:  May 11, 2005