IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-278-SLR |
| ) | |
| DUPONT DOW ELASTROMERS L.L.C., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-279-SLR |
| ) | |
| THE DUPONT COMPANY, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-280-SLR |
| ) | |
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington this 6th day of July, 2005, the court having determined that plaintiff is appearing in this matter pro se because plaintiff is unable to afford legal representation;

and having further determined that legal representation for plaintiff by an attorney is required in this matter, <u>see Collinsgru v. Palmyra Bd. of Educ.</u>, 161 F.3d 225 (3rd Cir. 1998);

    IT IS ORDERED that:

    1.   The Clerk of Court is directed to attempt to refer representation of plaintiff to a member of the Federal Civil Panel.

    2.   The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

_____<br>
United States District Judge