IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-278-SLR |
| | ) | |
| DUPONT DOW ELASTROMERS L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-279-SLR |
| | ) | |
| THE DUPONT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-280-SLR |
| | ) | |
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER RECOGNIZING REPRESENTATION**

At Wilmington this 18th day of January, 2006 the court recognizes that John M. Stull, Esquire, has agreed to represent plaintiff Debra-Ann Wellman as counsel of record in the above-captioned cases. Counsel's representation shall remain in effect until the final determination of this case unless, prior

thereto, this order is amended or revoked by further order of the court.

                                                    /s/ Sue L. Robinson
                                         United States District Judge