# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BARRY M. WILLOUGHBY
DIRECT DIAL: (302) 571-6666
DIRECT FAX: (302) 576-3345
bwilloughby@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P O BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 15, 2006

<u>VIA CM-ECF and HAND DELIVERY</u>
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Re: Wellman v. The Dow Chemical Company
Civil Action No. 05-280-SLR

Dear Judge Robinson:

Enclosed please find a Proposed Scheduling Order that the parties have agreed to in connection with the Scheduling Conference in the above matter set for tomorrow, February 16, 2006, at 8:30 a.m.

Respectfully,

Barry M. Willoughby
(I.D. No. 1016)
bwilloughby@ycst.com

BMW:mmcm
Enclosure
cc: Clerk, U.S. District Court (w/encl.) (Via Hand Delivery)
John M. Stull, Esquire (Via CM-ECF)
Kathleen McDonough, Esquire (Via CM-ECF)

DB01:1994060.1

051952.1010