IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-280 SLR |
| | ) |
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO DISMISS

Defendant, The Dow Chemical Company, hereby moves this Court to dismiss Plaintiff's Complaint in the above matter. In support of this Motion, Defendant respectfully represents that Plaintiff, Debra Wellman, was never employed by The Dow Chemical Company, nor was she supervised by employees of The Dow Chemical Company. In addition, the employees she alleges engaged in sexual harassment were employees of DuPont Dow Elastomers, LLC, at all times when Plaintiff alleges that such conduct occurred.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Barry M. Willoughby, Esquire (ID 1016)
Teresa A. Cheek, Esquire (ID 2657)
The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 6676
Facsimile: (302) 576-3345; 3286
bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for The Dow Chemical Company

Dated: March 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed a true and correct copy of the foregoing Motion to Dismiss with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Motion to Dismiss was also hand delivered to the following counsel of record on this date.

> John M. Stull, Esquire
> 1300 North Market Street, Suite 700
> P.O. Box 1947
> Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: March 15, 2006