IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-280 SLR |
| ) | |
| THE DOW CHEMICAL COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR BRIEFING SCHEDULE

The parties, by and through the undersigned counsel, hereby stipulate and agree that briefing on Defendant's Motion to Dismiss shall take place on the following schedule:

1. Defendant's Opening Brief shall be filed on or before April 5, 2006;

2. Plaintiff's Answering Brief shall be filed on or before April 28, 2006; and

3. Defendant's Reply Brief on or before May 8, 2006.

YOUNG CONAWAY STARGATT
& TAYLOR, LLC

/s/ John M. Stull                              /s/ Barry M. Willoughby

John M. Stull, Esquire (ID #568)          Barry M. Willoughby, Esquire (ID #1016)
1300 Market Street                              Teresa A. Cheek, Esquire (ID #2657)
Suite 700                                              The Brandywine Building
P.O. Box 1947                                       1000 West Street
Wilmington, DE 19899                          Wilmington, DE 19899-0391
Telephone: (302) 654-0399                  Telephone: (302) 571-6666; 6676
Facsimile: (302) 654-0884                    Facsimile: (302) 576-3345; 3286
E-mail: jstullesq@aol.com                    E-mail: bwilloughby@ycst.com; tcheek@ycst.com
Attorney for Plaintiff,                            Attorney for Defendant,
Debra-Ann Wellman                              The Dow Chemical Company

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson