IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-280-SLR |
| | ) |
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree as follows: (1) Defendant will withdraw its Appendix to its Opening Brief in Support of its Motion to Dismiss; (2) Defendant will file an Amended Appendix to its Opening Brief in Support of its Motion to Dismiss redacting information as the parties agree should be confidential; and (3) this Stipulation and Order shall not modify the Briefing Schedule previously approved by the Court.

| | |
|---|---|
| JOHN M. STULL, ESQUIRE | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| /s/ JOHN M. STULL | /s/ *Barry M. Willoughby* |
| John M. Stull, Esquire (ID No. 568) | Barry M. Willoughby (ID No. 1016) |
| 1300 North Market Street | Teresa A. Cheek, Esquire (ID No. 2657) |
| P.O. Box 1947 | The Brandywine Building |
| Wilmington, DE 19899-1947 | 1000 West Street, 17th Floor |
| Telephone: (302) 654-0399 | P.O. Box 391 |
| Facsimile: (302) 654-0884 | Wilmington, DE 19801 |
| Email: jstullesq@aol.com | Telephone: (302) 571-6666; 6676 |
| Attorney for Plaintiff | Facsimile: (302) 576-3345; 3286 |
| | Email: bwilloughby@ycst.com; tchee@ycst.com |
| | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson