IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBRA-ANN WELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-280-SLR |
| | ) | |
| THE DOW CHEMICAL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**APPENDIX TO DEFENDANT'S OPENING BRIEF
IN SUPPORT OF ITS MOTION TO DISMISS**

# FILED UNDER SEAL
# PURSUANT TO D.I. 20

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Barry M. Willoughby, Esquire (Bar I.D. 1016)
Teresa A. Cheek, Esquire (Bar I.D. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
Facsimile: (302) 576-3345
Attorneys for Defendant, The Dow Chemical Company

Date: June 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, I electronically filed a true and correct copy of the foregoing **Appendix to Defendant's Opening Brief In Support Of Its Motion To Dismiss (Sealed)** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>John M. Stull, Esquire
>1300 North Market Street, Suite 700
>P.O. Box 1947
>Wilmington, DE 19899

I further certify that on June 21, 2006, I caused a copy of the foregoing **Appendix to Defendant's Opening Brief in Support Of Its Motion To Dismiss (Sealed)** to be served by hand-delivery on the following counsel of record:

>John M. Stull, Esquire
>1300 North Market Street, Suite 700
>P.O. Box 1947
>Wilmington, DE 19899

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_____
>Barry M. Willoughby, Esquire (No. 1016)
>Teresa A. Cheek, Esquire (No. 2657)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>Telephone: (302) 571-6666; (302) 571-6676
>Facsimile: (302) 571-3345; (302) 576-3286
>Email: bwilloughby@ycst.com; tcheek@ycst.com
>Attorneys for Defendant

Dated:  June 21, 2006

DB01:2129072.1                                                                                                                                                       051952.1010