IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEBRA-ANN WELLMAN,           )
)
       Plaintiff,          )
)
     v.              )  Civil Action No. 05-280-SLR
)
THE DOW CHEMICAL COMPANY,   )
)
       Defendant.     )
)

### NOTICE OF DISCLOSURE OF EXPERT

Defendant, by and through the undersigned counsel, hereby discloses the retention of an expert witness in psychiatry, Dr. Neil Blumberg, 30 East Padonia Road, Suite 206, Timonium, MD 21093. Dr. Blumberg will undertake an independent medical examination of Plaintiff, provide an expert opinion concerning Ms. Wellman's psychiatric condition, ability to perform gainful employment, and related medical opinions.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby (I.D. No. 1016)
Teresa A. Cheek (I.D. No. 2657)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19801
Telephone: (302) 571-6676; 6666
Facsimile: (302) 576-3286; 3345
E-mail: bwilloughby@ycst.com; tcheek@ycst.com
Attorneys for Defendant, The Dow Chemical Company

Date: July 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, I electronically filed a true and correct copy of the foregoing Notice of Disclosure of Expert with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Notice of Disclosure of Expert was also hand delivered to the following counsel of record on this date.

John M. Stull, Esquire
1300 North Market Street, Suite 700
P.O. Box 1947
Wilmington, DE 19899

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Barry M. Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; (302) 571-6676
Facsimile: (302) 571-3345; (302) 576-3286
Email: bwilloughby@ycst.com; tchee@ycst.com
Attorneys for Defendant

Dated: July 31, 2006