IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBRA-ANN WELLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-280-SLR |
| | ) |
| THE DOW CHEMICAL COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

1. The Case Scheduling Order in this action is hereby amended to extend the date for the completion of discovery to and including October 30, 2006.

2. The date for filing case dispositive motions is hereby extended to and including November 30, 2006. Briefing shall be in accordance with the Local Rules unless otherwise agreed by the parties and approved by the Court.

3. The trial in this matter now set to begin on Monday, January 29, 2007 is hereby continued. A trial date will be set by the Court after the Court's ruling on case dispositive motions.

4. Plaintiff shall file full and complete answers to Defendant's First Set of Interrogatories, First Requests for Production, and Second Set of Interrogatories on or before

September 25, 2006. Any failure on the part of the Plaintiff to comply with this paragraph shall be treated as a failure to comply with an Order compelling discovery under Federal Rules of Civil Procedure 37(b)(2).

YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP

| | |
|---|---|
| /s/ John M. Stull | /s/ Barry M. Willoughby |
| John M. Stull, Esquire (I.D. # 568) | Barry M. Willoughby, Esquire (I.D. 1016) |
| 1300 N. Market Street, Suite 700 | Teresa A. Cheek, Esquire (I.D. 2657) |
| P.O. Box 1947 | The Brandywine Building |
| Wilmington, DE 19899 | 1000 West Street, 17th Floor |
| Telephone: (302) 654-0399 | P.O. Box 391 |
| Facsimile: (302) 654-0884 | Wilmington, DE 19899-0391 |
| Attorney for Plaintiff, | Telephone: (302) 571-6666; 6676 |
| Debra-Ann Wellman | Facsimile: (302) 576-3345; 3286 |
| | Attorneys for Defendant, |
| | The Dow Chemical Company |

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge

Dated: September 6, 2006