# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DEBRA-ANN WELLMAN,                     :
                                       :
                    Plaintiff,         :
                                       :
        v.                             :     Civil Action No. 05-278-SLR
                                       :
DUPONT DOW ELASTOMERS L.L.C.,          :
                                       :
                    Defendant.         :
_____:
                                       :
DEBRA-ANN WELLMAN,                     :
                                       :
                    Plaintiff,         :
                                       :
        v.                             :     Civil Action No. 05-279-SLR
                                       :
THE DUPONT COMPANY,                    :
                                       :
                    Defendant.         :
_____:
                                       :
DEBRA-ANN WELLMAN,                     :
                                       :
                    Plaintiff,         :
                                       :
        v.                             :     Civil Action No. 05-280-SLR
                                       :
THE DOW CHEMICAL COMPANY,              :
                                       :
                    Defendant.         :

## <u>ORDER</u>

At Wilmington this **20th** day of **November, 2006**,

IT IS ORDERED that the mediation conference scheduled for Thursday,

December 7, 2006 at 10:00 a.m. is canceled.  Counsel are to keep Judge Thynge advised

as to the status of the case.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE